# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**RAMZI YAGHI,**
    **Plaintiff,**

vs.      1:16-cv-663
     (MAD/CFH)

**PIONEER BANK,**
    **Defendant.**

---

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's motion for summary judgment (Dkt. No. 67) is **GRANTED** in its entirety; and the Court further **ORDERS** that Plaintiff's claims are **DISMISSED** with prejudice; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in Defendant's favor and close this case, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 9th day of October, 2018.

DATED: October 9, 2018

    *[signature]*
    Clerk of Court

    s/Britney Norton
    Britney Norton
    Deputy Clerk